PROB 12C
(6/16)

Report Date: February 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gary L. Mason               Case Number: 0980 2:08CR00141-RMP-1

Address of Offender:                          Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 9, 2009

Original Offense:    Possession with the Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, in the Form of Crack Cocaine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 96 Months;            Type of Supervision: Supervised Release
                     TSR - 48 Months

Asst. U.S. Attorney: Caitlin A. Baunsgard          Date Supervision Commenced: June 16, 2016

Defense Attorney:    Federal Public Defender       Date Supervision Expires: June 15, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| 2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Mason is alleged to have violated mandatory condition number 4 and special condition number 19 by ingesting marijuana and alcohol on or about February 12, 2019, based on the circumstances present while conducting a random home contact with the client at his residence on the aforementioned date and by the client's admission of such use.

Prob12C
Re: Mason, Gary L
February 15, 2019
Page 2

On June 16, 2016, Mr. Gary Mason signed his conditions relative to case number 2:08CR00141-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Mason was made aware by his U.S. probation officer that he was required to refrain from the use of any illicit substance and any amount of alcohol.

Specifically, on February 12, 2019, a random home contact was conducted with the client at his residence, with the assistance of U.S. probation officer Law. Upon approaching the residence, the client was observed to be sitting in the driver's seat of a vehicle present in his driveway. Upon the client opening the door to the vehicle, the undersigned officer immediately smelled the odor of marijuana, and an open Bud Light beer was observed in the cup holder of the vehicle.

Mr. Mason immediately admitted to smoking both a small amount of marijuana, and to having just purchased a beer, having ingested only a small amount of the product. Mr. Mason voluntarily dumped out the remainder of the beer, which appeared to be the majority and stated that he had been under a lot of stress.

Mr. Mason reported to the U.S. Probation Office on February 14, 2019, and signed a drug use admission form documenting both his admitted use of alcohol and marijuana previously occurring on February 12, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 15, 2019

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/15/2019
Date